JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHARP, ) | CASE NO. SACV 11-1590-DOC(JPRx) |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| V. ) | ORDER DISMISSING CIVIL ACTION |
| ) | |
| LOWES COMPANIES INC., ET AL., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:    October 16, 2012

*David O. Carter*
DAVID O. CARTER
United States District Judge